LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
KIRK E. SHERRIFF
Asst. United States Attorneys
2500 Tulare St., Suite 4401
Telephone: (559) 497-4022
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
APR 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 310 MORENO COURT PLANADA, CA | Case No. 1:09 SW 00084 SMS<br>SEALING ORDER |

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Search Warrant in the above-captioned matter be and hereby is ordered sealed until further order of this Court.

Dated: April 10, 2009

HON. SANDRA M. SNYDER
U.S. Magistrate Judge

SEALING ORDER