

BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

310 MORENO COURT
PLANADA, CALIFORNIA

)
)
)
)
)
)
)
)
)

1:09-SW-0084 SMS

ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT AND WARRANT

The search warrant affidavit and warrant in this case having been sealed by Order of this Court on April 10, 2009, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

Dated: 1/31/12

_____
UNITED STATES MAGISTRATE JUDGE